# United States Court of Appeals for the Fifth Circuit

No. 22-40401
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 6, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Julio Anilber Castellanos-Salamanca,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-137-1

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Julio Anilber Castellanos-Salamanca has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castellanos-Salamanca has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40401

the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.